Natalie P. Vance, Bar No. 206708
Kristin N. Blake, Bar No. 135887
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com
kblake@klinedinstlaw.com

Attorneys for Defendant
JAYALAKSHMI BADIGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEROY NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA CARMEN NELSON and JAYALAKSHMI BADIGA,<br><br>    Defendants. | Case No. 2:17-cv-1333-TLN-EFB-PS<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS**<br><br>MAGISTRATE JUDGE: Hon. Edmund F. Brennan<br><br>Complaint Filed: June 29, 2017<br>Trial Date: None set |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants (collectively, "the Parties"), by and through their respective counsel, pursuant to Civil Local Rule 144, as follows:

## STIPULATED RECITALS

1. Plaintiff, Eric Leroy Nelson, has requested a 28-day continuance of the hearing on the following motions:

    a. Motion to Dismiss and the Special Motion to Strike filed by Defendant, JAYALAKSHMI BADIGA, [Docket Nos. 4 and 5] filed on August 8, 2017 and the hearing on which was continued by Order of the Court issued on August 9, 2017 from September 6, 2017 to September 20, 2017;

    b. Motion to Dismiss filed by Defendant, MARIA CARMEN NELSON [Docket No.6] set for hearing on September 20, 2017;

2. Plaintiff hereby agrees to waive any objection to the Special Motion to Strike of Defendant, JAYALAKSHMI BADIGA on the grounds that the Motion will be heard outside the 30-day rule mandated by California Code of Civil Procedure §425.16(f);

3. The Parties, therefore, stipulate that the Motions identified in paragraph 1a and 1b above shall be heard on October 18, 2017, or a later date convenient to the Court's calendar.

SO STIPULATED.

KLINEDINST PC

DATED: August   , 2017          By: _signature on original_
                                    Natalie P. Vance
                                    Kristin N. Blake
                                    Attorneys for Defendant
                                    JAYALAKSHMI BADIGA

WEAVE LEGAL

DATED: August   , 2017          By: _signature on original_
                                    Lauren De LaRosa
                                    Attorney for Maria Carmen Nelson

PLAINTIFF

DATED: August   , 2017          By: _signature on original_
                                    Eric Leroy Nelson

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

**[PROPOSED] ORDER**

ACCORDINGLY, THE COURT DETERMINES AND ORDERS AS FOLLOWS:

Defendant, JAYALAKSHMI BADIGA's Motion to Dismiss and Special Motion to Strike [Docket Nos. 4 and 5], and Defendant MARIA CARMEN NELSON's Motion to Dismiss [Docket No. 6] are hereby ordered continued to November 15, 2017 at 10:00 a.m. in Courtroom 8.

IT IS SO ORDERED.

DATED: August 30, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814