AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN DISTICT__ District of __CALIFORNIA__

ERIC LeROY NELSON
          Plaintiff (s),

V.

MARIA CARMEN NELSON
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-01333-EFB

Notice is hereby given that, subject to approval by the court, __MARIA CARMEN NELSON__ substitutes
(Party (s) Name)

__SELF__, State Bar No. _____ as counsel of record in place
(Name of New Attorney)

place of __LAUREN DE LA ROSA__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: MARIA CARMEN NELSON
    Address: PO Box 161132, Sacramento CA 95816
    Telephone: _____ Facsimile _____
    E-Mail (Optional):

I consent to the above substitution.
Date: Feb. 5, 2018

MARIA CARMEN NELSON
*Maria Carmen Maestas (Nelson)*
(Signature of Party (s))

I consent to being substituted.
Date: Feb. 8, 2018

LAUREN DE LA ROSA
*L. De La Rosa*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:

(Signature of New Attorney)

The substitution ~~of attorney~~ is hereby approved and so ORDERED.

Date: February 13, 2018

*Edmund F. Brennan*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]