# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERIC LEROY NELSON,**

CASE NO: **2:17–CV–01333–EFB**

v.

**MARIA CARMEN NELSON, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/20/18**

**Marianne Matherly**
Clerk of Court

ENTERED:   **March 20, 2018**

by: /s/ A. Kastilahn_____

Deputy Clerk